# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KEITH SILFIES, | : | No. 139 MM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Extraordinary, King's Bench, or Habeas Corpus Relief is **DENIED**.